ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND                             COURT OF APPEALS

                \*    OF MARYLAND

         Petitioner

                \*    Misc. Docket AG

v.

                \*    No. <u>41</u>

RICHARD LEE SAVINGTON

                \*    September Term, 2019

         Respondent

## ORDER

UPON CONSIDERATION of the Amended Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Richard Lee Savington, to disbar the Respondent from the practice of law for violations of Rule 8.4(a), (b), (c) and (d) of the Maryland Attorney's Rules of Professional Conduct, and the record herein, it is this <u>23rd</u> day of <u>October</u> 2019;

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Richard Lee Savington, be, and he hereby is, disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Richard Lee Savington from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-762(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk